UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | CRIMINAL NO.  20-cr-40037-TSH |
| v.                                                       ) | |
| ) | |
| VINCENT EOVACIOUS                    ) | |

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME
FROM SPEEDY TRIAL ACT CALCULATION

The Government respectfully moves to exclude the time between June 21, 2021, the date initially set for hearing on Defendant's Motion to Permit Participation in RISE Program, and August 18, 2021, the date set for Defendant's Rule 11 hearing because the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                                  Respectfully submitted,
                                                NATHANIEL R. MENDELL
                                                Acting United States Attorney

                              By:    */s/ Danial E. Bennett*
                                                Danial E. Bennett
                                                Assistant United States Attorney

Date: August 4, 2021

<u>CERTIFICATE OF SERVICE</u>

    I, Danial E. Bennett, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: August 4, 2021                   /s/ *Danial E. Bennett*
                                                       Assistant United States Attorney