**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 20-CR-40037-TSH |
| | ) |
| VINCENT EOVACIOUS | ) |

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

Defendant, Vincent Eovacious, by his attorney, requests that the Sentencing Hearing, presently set for March 23, 2022, be continued to allow for his participation in the Court's Restorative Justice program.

In support of this request, the program will take place April 7-10, 2022. This is the first available program since Mr. Eovacious was accepted into Restorative Justice. We therefore request that the sentencing be postponed until after the Restorative Justice program is finished, at a date convenient to the Court, but excluding the school vacation week of April

The Defendant has conferred with the Government who assents to this request.

Respectfully submitted,
VINCENT EOVACIOUS
By his Attorney,

*/s/ Jessica Thrall*
Jessica Thrall, B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
617-223-8061

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 9, 2022.

                                         */s/ Jessica Thrall*
                                         Jessica Thrall