# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 20-CR-40037-TSH |
| | ) |
| VINCENT EOVACIOUS | ) |

## MOTION TO SEAL

Defendant, Vincent Eovacious, by his attorney, requests that the Defendant's Sentencing Memorandum be filed under seal as they contain confidential materials.

Respectfully submitted,
VINCENT EOVACIOUS
By his Attorney,

*/s/ Jessica Thrall*
Jessica Thrall,  B.B.O.: 670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210   617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 17, 2022.

*/s/ Jessica Thrall*
Jessica Thrall