AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Vincent Eovacious | ) Case No. 4:20-cr-40037-TSH |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of Court

| Place: | United States District Court<br>595 Main Street, 5th Floor<br>Worcester, Ma, 01608 | Courtroom No.: 2-Worcester |
|---|---|---|
| | | Date and Time: 10/20/2022 3:00 pm |

This offense is briefly described as follows:
Violation of Conditions of Release.

TO THE DEFENDANT: You should appear with your attorney at the time and place given above. Failure to appear will result in the issuance of a warrant for your arrest.

Date: 10/04/2022

/s/ Martin Castles
*Issuing officer's signature*

Martin Castles, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons        ❏ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*