✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Eovacious

**EXHIBIT AND WITNESS LIST**

Case Number: 22-40037

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Bennett | Thrall |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31/2022 | Digitial | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | 1 |  | x |  | Dudley District Court Docket, dated 10/31/22 |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages